IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MIGUEL ANGEL PACHECO HERNANDEZ,

    Plaintiff,

v.                                  Case No. 1:26-cv-01138-KG-LF

WARDEN, ESTANCIA DETENTION
CENTER, MARY DE ANDA-YBARRA,
TODD LYONS, MARKWAYNE MULLIN,
and U.S. ATTORNEY GENERAL,

    Defendants.

## ORDER OVERRULING OBJECTIONS

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on June 11, 2026. Doc. 11. The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id*. at 5. On June 18, 2026, Defendants filed objections to the Magistrate Judge's PFRD. Doc. 12.

Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a *de novo* review of the record, including all parts of the Magistrate Judge's PFRD that have been properly objected to. After conducting this review and having thoroughly considered the Magistrate Judge's PFRD and the objections, the Court finds no reason either in law or fact to depart from the Magistrate Judge's conclusions.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. Plaintiff's objections are OVERRULED;

2. The Magistrate Judge's PFRD (Doc. 11) are ADOPTED.

                  /s/Kenneth J. Gonzales
                  CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.